AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| United States of America<br>v.<br>MARDELL ABRAMS<br><br>*Defendant(s)* | ) ) ) ) ) ) ) )  Case No. **14-2247SAG** |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ in the county of Harford in the _____ District of Maryland, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. Section 846 | Conspiracy To Distribute Cocaine and Heroin |

This criminal complaint is based on these facts:
See attached affidavit

☐ Continued on the attached sheet.

_____FILED _____ENTERED
_____LODGED _____RECEIVED

OCT 07 2014

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

*Complainant's signature*

Paul E. Neikirk, DEA S/A
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 10/07/2014

*Judge's signature*

City and state: Baltimore, Maryland

Stephanie A. Gallagher, U.S. Magistrate Judge
*Printed name and title*